Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−21976−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Marie Przybilski
   13 Greenlawns Drive
   #1000
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−9023

Employer's Tax I.D. No.:

---

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/29/2023 and a confirmation hearing on such Plan has been scheduled for 02/21/2024 at 10:00 AM.

The debtor filed a Modified Plan on 01/24/2024 and a confirmation hearing on the Modified Plan is scheduled for 03/20/2024 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 24, 2024
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Susan Marie Przybilski  
    Debtor

Case No. 23-21976-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 24, 2024      Form ID: 186      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan Marie Przybilski, 13 Greenlawns Drive, #1000, Lakewood, NJ 08701 |
| cr | + | Lakewood/Four Seasons Community Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902, UNITED STATES 08902-3312 |
| cr | + | Lakewood/Four Seasons Condominium Association, Inc, McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902, UNITED STATES 08902-3312 |
| 520123996 | + | GS Bank-Apple, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 520123998 | + | Lakewood/Four Seasons Community Assoc., 1560 Spring Meadow Drive, Lakewood, NJ 08701-7521 |
| 520133139 | + | Lakewood/Four Seasons Community Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520133142 | + | Lakewood/Four Seasons Condominium Association, Inc, c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520123999 | + | Mc Govern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520124005 | + | QVC, Transworld, P.O. Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520123991 | + | Email/Text: bk@avant.com | Jan 24 2024 23:20:00 | Avant, 222 W Merchandise Mart plaza, 900, Chicago, IL 60654-1105 |
| 520123992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 23:23:26 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520123993 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 23:19:00 | Comenity Bank/Ulta, Attn: Bankruptcy Department, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520123994 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 23:23:24 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 520123995 | | Email/Text: BNSFS@capitalsvcs.com | Jan 24 2024 23:19:00 | First Savings, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 520123997 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 23:19:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520124000 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 24 2024 23:19:00 | Mercury, P.O. Box 84064, Columbus, GA 31908-4064 |
| 520124002 | + | Email/PDF: cbp@omf.com | Jan 24 2024 23:23:29 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 520134732 | + | Email/PDF: cbp@omf.com | Jan 24 2024 23:23:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520124004 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 186 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 24 2024 23:19:00 | PNC Mortgage, 222 Delaware Avenue, Wilmington, DE 19801 |
| 520124003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 23:19:00 | Petco, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520124001 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 24 2024 23:19:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520124006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 23:34:21 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 520124007 | + | Email/Text: legal@tabbank.com | Jan 24 2024 23:19:00 | Transportation Alliance Bank, TAB Bank, 4185 Harrison Blvd., Ogden, UT 84403-6400 |
| 520124008 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 23:19:00 | Women Within Community, P.O. Box 182789, Columbus, OH 43218-2789 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Susan Marie Przybilski bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Lakewood/Four Seasons Condominium Association Inc. collections@theassociationlawyers.com |
| William H Brosha | on behalf of Creditor Lakewood/Four Seasons Community Association Inc. collections@theassociationlawyers.com |

TOTAL: 6