Thursday, February 15, 2024

U.S. Bankruptcy Court

Re: Proof of Claim Withdrawal
Name: Susan Przybilski
Case Number: 23-21976
To Whom It May Concern:

This letter is to serve as a written request by OneMain to withdraw entry number #3 filed on case number 23-21976 dated 1/12/24. Thank you for your assistance in this matter.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.

Thank you,

/s/
Tiffany Singleton
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain