Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Lakewood/Four Seasons Community Association, Inc.

In re:

SUSAN MARIE PRZYBILSKI,

Debtor.

Case No.: 23-21976

Judge: Christine M. Gravelle

Chapter: 13

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) though three (3) is hereby **ORDERED**.

**DATED: April 1, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEWOOD/FOUR SEASONS COMMUNITY ASSOCIATION, INC.

|  |  |
|---|---|
| In re:<br><br>SUSAN MARIE PRZYBILSKI,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.:   23-21976-CMG<br><br>**CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION**

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for Creditor, Lakewood/Four Seasons Community Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $9,928.12 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $2,177.83, for a total claim of $12,105.95.

2. The Debtor shall pay the Association's secured claim in the amount of $9,928.12 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Lakewood/Four Seasons
Community Association, Inc.

| | |
|---|---|
| /s/ *Marlena Diaz-Cobo* | 3/21/2024 |
| MARLENA S. DIAZ-COBO, ESQ. | DATE |
| | |
| GEORGE E. VEITENGRUBER, III, ESQ.<br>Attorney for Debtor | DATE |