Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Lakewood/Four Seasons Community Association, Inc.

In re:

SUSAN MARIE PRZYBILSKI,

Debtor.

Case No.: 23-21976

Judge: Christine M. Gravalle

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) though three (3) is hereby **ORDERED**.

DATED: April 1, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEWOOD/FOUR SEASONS COMMUNITY ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| SUSAN MARIE PRZYBILSKI, | CASE NO.:  23-21976-CMG |
| Debtor. | **CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION**

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for Creditor, Lakewood/Four Seasons Community Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $9,928.12 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $2,177.83, for a total claim of $12,105.95.

2. The Debtor shall pay the Association's secured claim in the amount of $9,928.12 through the Plan.

2

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Lakewood/Four Seasons
Community Association, Inc.

/s/ *Marlena Diaz-Cobo*    3/21/2024

MARLENA S. DIAZ-COBO, ESQ.    DATE

_____    _____
GEORGE E. VEITENGRUBER, III, ESQ.    DATE
Attorney for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-21976-CMG
Susan Marie Przybilski     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 01, 2024     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan Marie Przybilski, 13 Greenlawns Drive, #1000, Lakewood, NJ 08701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Susan Marie Przybilski bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Lakewood/Four Seasons Condominium Association Inc. collections@theassociationlawyers.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Lakewood/Four Seasons Community Association Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Lakewood/Four Seasons Community Association Inc. collections@theassociationlawyers.com |
| William H Brosha | on behalf of Creditor Lakewood/Four Seasons Condominium Association Inc. collections@theassociationlawyers.com |

District/off: 0312-3          User: admin          Page 2 of 2

Date Rcvd: Apr 01, 2024          Form ID: pdf903          Total Noticed: 1

TOTAL: 8