Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21976−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Marie Przybilski
   13 Greenlawns Drive
   #1000
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−9023

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2024
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21976-CMG |
| Susan Marie Przybilski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: 148 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan Marie Przybilski, 13 Greenlawns Drive, #1000, Lakewood, NJ 08701 |
| cr | + | Lakewood/Four Seasons Community Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902, UNITED STATES 08902-3312 |
| cr | + | Lakewood/Four Seasons Condominium Association, Inc, McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902, UNITED STATES 08902-3312 |
| 520123998 | + | Lakewood/Four Seasons Community Assoc., 1560 Spring Meadow Drive, Lakewood, NJ 08701-7521 |
| 520133139 | + | Lakewood/Four Seasons Community Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520133142 | + | Lakewood/Four Seasons Condominium Association, Inc, c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520123999 | + | Mc Govern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 520183931 | + | Monmouth Surgical Specialists, c/o Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520183930 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520124005 | + | QVC, Transworld, P.O. Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520123991 | + | Email/Text: bk@avant.com | Nov 06 2024 20:37:00 | Avant, 222 W Merchandise Mart plaza, 900, Chicago, IL 60654-1105 |
| 520123992 | + | EDI: CAPITALONE.COM | Nov 07 2024 01:26:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520123993 | + | EDI: WFNNB.COM | Nov 07 2024 01:26:00 | Comenity Bank/Ulta, Attn: Bankruptcy Department, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520123994 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2024 20:42:27 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 520163146 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2024 20:36:00 | Customers Bank, c/o PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 520123995 | | Email/Text: BNSFS@capitalsvcs.com | Nov 06 2024 20:36:00 | First Savings, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 520123996 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 06 2024 20:36:00 | GS Bank-Apple, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 520123997 | + | EDI: IRS.COM | Nov 07 2024 01:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520162313 | | EDI: JEFFERSONCAP.COM | Nov 07 2024 01:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

Case 23-21976-CMG    Doc 37    Filed 11/08/24    Entered 11/09/24 00:16:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: 148 | Total Noticed: 33 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| 520157055 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 20:54:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520124000 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 06 2024 20:36:00 | Mercury, P.O. Box 84064, Columbus, GA 31908-4064 |
| 520124002 | + EDI: AGFINANCE.COM | Nov 07 2024 01:26:00 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 520134732 | + EDI: AGFINANCE.COM | Nov 07 2024 01:26:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520124004 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2024 20:36:00 | PNC Mortgage, 222 Delaware Avenue, Wilmington, DE 19801 |
| 520124003 | + EDI: WFNNB.COM | Nov 07 2024 01:26:00 | Petco, P.O. Box 182120, Columbus, OH 43218-2120 |
| 520182470 | EDI: Q3G.COM | Nov 07 2024 01:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520183041 | EDI: Q3G.COM | Nov 07 2024 01:26:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520124001 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 06 2024 20:36:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520124006 | + EDI: SYNC | Nov 07 2024 01:26:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 520124007 | + Email/Text: legal@tabbank.com | Nov 06 2024 20:36:00 | Transportation Alliance Bank, TAB Bank, 4185 Harrison Blvd., Ogden, UT 84403-6400 |
| 520124008 | + EDI: WFNNB.COM | Nov 07 2024 01:26:00 | Women Within Community, P.O. Box 182789, Columbus, OH 43218-2789 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: 148 | Total Noticed: 33 |

docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Customers Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III
on behalf of Debtor Susan Marie Przybilski bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

Marlena S. Diaz-Cobo
on behalf of Creditor Lakewood/Four Seasons Condominium Association  Inc. collections@theassociationlawyers.com

Marlena S. Diaz-Cobo
on behalf of Creditor Lakewood/Four Seasons Community Association  Inc. collections@theassociationlawyers.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
on behalf of Creditor Lakewood/Four Seasons Community Association  Inc. collections@theassociationlawyers.com

William H Brosha
on behalf of Creditor Lakewood/Four Seasons Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 9