**McGovern Legal Services, LLC**
**Marlena S. Diaz-Cobo, Esq.**
**850 Carolier Lane**
**North Brunswick, NJ 08902**
**Phone (732) 246-1221**
**Fax (732) 246-1872**
**ATTORNEYS FOR LAKEWOOD/FOUR SEASONS COMMUNITY ASSOCIATION, INC.**

|  |  |
|---|---|
| In re:<br><br>**SUSAN MARIE PRZYBILSKI**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.: **23-21976-CMG**<br><br>**WITHDRAWAL OF MOTION FOR STAY RELIEF** |

    Creditor, Lakewood/Four Seasons Community Association, Inc. (the "Association"), by and through its counsel, McGovern Legal Services, LLC, hereby submits this Withdrawal of the Association's Motion for Stay Relief.

                                                        McGOVERN LEGAL SERVICES, LLC,
                                                        Attorneys for Movant

Dated: November 15, 2024                By: _____/s/Marlena Diaz-Cobo_____
                                                         MARLENA S. DIAZ-COBO, ESQ.
                                                         An Attorney of the Firm