**McGovern Legal Services, LLC**
**Marlena S. Diaz-Cobo, Esq.**
**850 Carolier Lane**
**North Brunswick, NJ 08902**
**Phone (732) 246-1221**
**Fax (732) 246-1872**
**ATTORNEYS FOR LAKEWOOD/FOUR SEASONS CONDOMINIUM ASSOCIATION, INC.**

In re:

**SUSAN MARIE PRZYBILSKI**

Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

CASE NO.: **23-21976-CMG**

**WITHDRAWAL OF MOTION FOR STAY RELIEF**

Creditor, Lakewood/Four Seasons Condominium Association, Inc. (the "Association"), by and through its counsel, McGovern Legal Services, LLC, hereby submits this Withdrawal of the Association's Motion for Stay Relief.

McGOVERN LEGAL SERVICES, LLC,
Attorneys for Movant

Dated:  November 15, 2024          By: _____/s/Marlena Diaz-Cobo_____
                                                        MARLENA S. DIAZ-COBO, ESQ.
                                                        An Attorney of the Firm

1